UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANDREA SPRINGER, | |
| Plaintiff, | Civil Action No. 4:09-cv-03727 |
| v. | Judge Kenneth Hoyt |
| BAYER CORPORATION; BAYER HEALTHCARE PHARMACEUTICALS INC.; and BAYER HEALTHCARE, LLC, | |
| Defendants. | **WAIVER OF SERVICE OF SUMMONS** |

To: Howard L. Nations, LAW OFFICES OF HOWARD L. NATIONS, 4515 Yoakum Blvd., Houston, TX 77006-5895

I acknowledge receipt of your request that I waive service of a summons in the action of *Andrea Springer v. Bayer Corporation, et al.*, which is case number 4:09-cv-03727 in the United States District Court for the Southern District of Texas, Houston Division. I have also received a copy of the Complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the Complaint in this lawsuit by not requiring that I or Bayer Healthcare Pharmaceuticals Inc. be served with judicial process in the manner provided by Rule 4.

Bayer Healthcare Pharmaceuticals Inc. will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against Bayer Healthcare Pharmaceuticals Inc. if an answer or motion under Rule 12 is not served upon you within sixty (60) days after November 20, 2009, or within ninety (90) days after that date if the request was sent outside the United States.

11/24/09
Date

Signature: [signed] Lana Varney

Printed/typed name: Lana K. Varney

as: Attorney
of Bayer Healthcare Pharmaceuticals Inc., Bayer Healthcare LLC, and Bayer Corporation

-1-

# FULBRIGHT & JAWORSKI L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
600 CONGRESS AVENUE, SUITE 2400
AUSTIN, TEXAS 78701-2978
WWW.FULBRIGHT.COM

NOV 3 0 2009

HKIPP@FULBRIGHT.COM
DIRECT DIAL: (512) 536-5267

TELEPHONE: (512) 474-5201
FACSIMILE: (512) 536-4598

November 25, 2009

**VIA PRIORITY MAIL**

Howard L. Nations, Esq.
Law Offices of Howard L. Nations, P.C.
The Sterling Mansion
4515 Yoakum Blvd.
Houston, TX 77006-5895

    Re:   *Andrea Springer v. Bayer Corporation, et al.*
           Case No. 4:09-cv-03727

Dear Mr. Nations:

    We have received the copy of the Complaint and blank copies of a Waiver of Service of Summons in the above-referenced case. Enclosed please a Waiver of Service of Summons, executed on behalf of Defendants Bayer Corporation, Bayer HealthCare Pharmaceuticals Inc., and Bayer Healthcare LLC, by Lana K. Varney.

    Please do not hesitate to contact us with any questions.

                                                Very truly yours,

                                               Holly M. Kipp

Howard L. Nations, Esq.
November 25, 2009
Page 2


cc:     Lana K. Varney (Firm)

75896877.1